IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS MALIPURATHU, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-12-458-M |
| ) | |
| MARVIN VAUGHN, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

On June 12, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation on petitioner's request for preliminary injunction in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's request for injunctive relief be denied. The parties were advised of their right to object to the Report and Recommendation by July 2, 2012. Petitioner's objection was filed June 25, 2012.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 12, 2012; and

(2) DENIES petitioner's request for injunctive relief [docket no. 12].

**IT IS SO ORDERED this 20th day of July, 2012.**

_/s/ Vicki Miles-LaGrange_
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE