IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNIS MALIPURATHU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-458-M |
| | ) | |
| MARVIN VAUGHN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On July 18, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action. The Magistrate Judge recommends that this action be dismissed without prejudice as a result of his failure to exhaust his State court remedies. In addition, the Magistrate Judge recommends that Petitioner's Motion Seeking Leave of Court to Enter Second Supplemental Attachment [docket no. 19] be DENIED. The parties were advised of their right to object to the Report and Recommendation by August 7, 2012. Petitioner's objection was filed on August 7, 2012.

Upon de novo review of this matter, the Court:

(1) DENIES Petitioner's Motion Seeking Leave of Court to Enter Second Supplemental Attachment [docket no. 19];

(2) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 18, 2012; and

(3)   DISMISSES this action without prejudice for failure to exhaust petitioner's State court remedies.

**IT IS SO ORDERED this 14th day of August, 2012.**

_____
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE